WILLIAM P. BARNES, Plaintiff in Error,

*vs,*

THE BOARD OF SUPERVISORS OF THE COUNTY OF WASHINGTON, Defendant in Error.

ERROR TO WASHINGTON CIRCUIT COURT.

*Per Curiam.* This case is precisely in the same attitude as that of *Conover vs. the Board of Supervisors of Washington County* (*Ante*), just disposed of, and it is not necessary to repeat what has been said in deciding that case.

Judgment reversed, &c.